DAVID W. SMILEY
NEVADA BAR NO. 11714

**FINCH, THORNTON & BAIRD, LLP**
ATTORNEYS AT LAW
4747 EXECUTIVE DRIVE – SUITE 700
SAN DIEGO, CALIFORNIA 92121-3107
TELEPHONE: (858) 737-3100
FACSIMILE: (858) 737-3101
E-MAIL: dsmiley@ftblaw.com

LOREN YOUNG
NEVADA BAR NO. 75677

**LINCOLN, GUSTAFSON & CERCOS, LLP**
ATTORNEYS AT LAW
3960 HOWARD HUGHES PARKWAY – SUITE 200
LAS VEGAS, NEVADA 89169
TELEPHONE: (702) 257-1997
FACSIMILE: (702) 257-2203
E-MAIL: lyoung@lgclawoffice.com

*Designated Local Counsel*
*For Physical Service of Papers*

Attorneys for Plaintiff United States of America, for the use and benefit of MACO Construction Services, Inc.; and MACO Construction Services, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF MACO CONSTRUCTION SERVICES, INC., an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>PENICK NORDIC JV, a California joint venture; and WESTERN SURETY COMPANY, a South Dakota corporation.<br><br>Defendants. | CASE NO: 2:17-cv-02165-APG-VCF<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS<br><br>Assigned to:<br>Hon. Andrew P. Gordon<br>Hon. Cam Ferenbach<br><br>Complaint File: August 11, 2017<br>Trial Date: Not Set |

/ / / / /

/ / / / /

/ / / / /

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS

Plaintiff MACO CONSTRUCTION SERVICES, INC. ("MACO") and Defendants PENICK NORDIC JV ("PNJV") and WESTERN SURETY COMPANY ("Western") hereby stipulate, by and through their respective attorneys of record, as follows:

1. MACO filed this action on August 11, 2017, alleging breach of contract, recovery on Miller Act payment bond, and related claims against Penick and Western.

2. PNJV and Western have requested an extension of their responsive pleading deadlines as a professional courtesy.

3. Based on the foregoing, the parties have agreed to extend PNJV and Western's time to respond to the Complaint to September 22, 2017.

SO STIPULATED.

DATED: September 21, 2017          Respectfully submitted,

                                   THE LAW OFFICE OF HAYES & WELSH


                                   By:  /s/Martin L. Welsh
                                        MARTIN L. WELSH
                                   Attorneys for Defendants T.B. Penick &
                                   Sons, Inc. and Western Surety Company
                                   Email: mwelsh@lvlaw.com

DATED: September 21, 2017          Respectfully submitted,

                                   FINCH, THORNTON & BAIRD, LLP


                                   By:  /s/David W. Smiley
                                        DAVID W. SMILEY
                                   Attorneys for Plaintiff United States of
                                   America for the use and benefit of MACO
                                   Construction Services, Inc. and MACO
                                   Construction Services, Inc.
                                   Email: dsmiley@ftblaw.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF MACO CONSTRUCTION SERVICES, INC., an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>PENICK NORDIC JV, a California joint venture; and WESTERN SURETY COMPANY, a South Dakota corporation.<br><br>Defendants. | CASE NO: 2:17-cv-02165-APG-VCF<br><br>ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS<br><br>Assigned to:<br>Hon. Andrew P. Gordon<br>Hon. Cam Ferenbach<br><br>Complaint File:  August 11, 2017<br>Trial Date:  Not Set |

The parties' stipulation for an extension is granted.

It is therefore ORDERED that defendants' deadline to answer plaintiff's complaint is extended up to and including September 22, 2017.

IT IS SO ORDERED.

DATED: October 6, 2017   _____
UNITED STATES MAGISTRATE JUDGE

2105.004/3BW3734.asc

ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS

DAVID W. SMILEY
NEVADA BAR NO. 11714
**FINCH, THORNTON & BAIRD, LLP**
ATTORNEYS AT LAW
4747 EXECUTIVE DRIVE – SUITE 700
SAN DIEGO, CALIFORNIA 92121-3107
TELEPHONE: (858) 737-3100
FACSIMILE: (858) 737-3101
E-MAIL: dsmiley@ftblaw.com

LOREN YOUNG
NEVADA BAR NO. 7567
**LINCOLN, GUSTAFSON & CERCOS LLP**
ATTORNEYS AT LAW
3960 Howard Hughes Parkway, Suite 200
LAS VEGAS, NEVADA 89169
TELEPHONE: (702) 257-1997
FACSIMILE: (702) 257-2203
E-MAIL: lyoung@lgclawoffice.com

*Designated Local Counsel*
*For Physical Service of Papers*

Attorneys for Plaintiff United States of America, for the use and benefit of MACO Construction Services, Inc.; and MACO Construction Services, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF MACO CONSTRUCTION SERVICES, INC., an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>PENICK NORDIC JV, a California joint venture; and WESTERN SURETY COMPANY, a South Dakota corporation,<br><br>Defendants. | CASE NO: 2:17-cv-02165-APG-VCF<br><br>PROOF OF SERVICE BY MAIL<br><br>Assigned to:<br>Hon. Andrew P. Gordon<br>Hon. Cam Ferenbach<br><br>Complaint Filed: August 11, 2017<br>Trial Date: Not Set |

/ / / / /

/ / / / /

/ / / / /

PROOF OF SERVICE BY MAIL

I, Stacy M. Torres, declare that:

I am over the age of eighteen years and not a party to the action; I am employed in the County of San Diego, California, where the mailing occurred; and my business address is 4747 Executive Drive, Suite 700, San Diego, California 92121-3107. I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service pursuant to which practice the correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I caused to be served the following document(s): (1) STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS; and (2) ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS, by placing a copy thereof in a separate envelope for each addressee listed as follows:

| | |
|---|---|
| Martin L. Welsh, Esq.<br>The Law Office of Hayes & Welsh<br>199 N. Arroyo Grande Blvd., Suite 200<br>Henderson, Nevada 89074<br>Telephone: (702) 434-3444<br>Facsimile: (702) 434-3739<br>Email: mwelsh@lvlaw.com | ATTORNEY FOR DEFENDANTS<br>T.B. PENICK & SONS, INC. AND<br>WESTERN SURETY COMPANY |

I then sealed the envelope(s) and, with the postage thereon fully prepaid, either deposited it/each in the United States Postal Service or placed it/each for collection and mailing on September 21, 2017, at San Diego, California, following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on September 21, 2017.

*/s/ Stacy M. Torres*
Stacy M. Torres

2105.004/POS.smt

2

PROOF OF SERVICE BY MAIL