| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF MACO CONSTRUCTION SERVICES, INC., an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>PENICK NORDIC JV, a California joint venture; and WESTERN SURETY COMPANY, a South Dakota corporation,<br><br>Defendants. | CASE NO: 2:17-cv-02165-APG-VCF<br><br>ORDER ON JOINT MOTION TO DISMISS<br><br>Assigned to:<br>Hon. Andrew P. Gordon<br>Hon. Cam Ferenbach<br><br>Complaint Filed: August 11, 2017<br>Trial Date: Not Set |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Upon consideration of the Parties' Joint Motion to Dismiss, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing therefore, IT IS ORDERED THAT the Parties' Joint Motion to Dismiss is GRANTED as follows:

1. Plaintiff MACO Construction Services, Inc.'s claims against defendants Penick Nordic JV and Western Surety Company are dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

/ / / / /

/ / / / /

2. IT IS FURTHER ORDERED THAT this case is dismissed WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE
Dated: January 5, 2018.